IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRISTOPHER MICHAEL LAFOGG,   )
                             )
        Plaintiff,           )
                             )
        v.                   ) CIVIL ACTION NO.:  2:11-CV-1102-TMH
                             )              [WO]
OFFICER KEVIN CHANCE, *et al.*,   )
                             )
        Defendants.          )

### RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff is an inmate incarcerated at the Covington County Jail located in Andalusia,

Alabama. He filed this 42 U.S.C. § 1983 action on December 23, 2011.  He complains  that

Defendants filed false charges against him and subjected him to excessive force. Plaintiff

names the Opp Police Department as a defendant.  Upon review of the complaint, the court

concludes that dismissal of Plaintiff's claims against the Opp Police Department prior to

service of process is appropriate under 28 U.S.C. § 1915(e)(2)(B)(i).

### I.  DISCUSSION

The Opp Police Department is not a legal entity and, therefore, is not subject to suit

or liability under § 1983.  *Cf. Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992).  In light

of the foregoing, the court concludes that Plaintiff's claims against this defendant should be

dismissed.  *Id.*

### II.  CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1.    Plaintiff's claims against the Opp Police Department be DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

2.   The Opp Police Department be DISMISSED as a  party to this complaint; and

3.   This case  with respect to the remaining defendants be referred back to the undersigned for additional proceedings.

It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation on or before **January 26, 2012**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th  Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the

decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 12th day of January, 2012.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE