IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRISTOPHER MICHAEL LAFOGG,   )
                              )
    Plaintiff,                )
                              )
v.                            )   CIVIL ACTION NO. 2:11cv1102-TMH
                              )
OFFICER KEVIN CHANCE, et al., )
                              )
    Defendants.               )

**ORDER AND OPINION**

On January 12, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 7). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. Plaintiff's claims against the Opp Police Department are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(I);

2. The Opp Police Department is DISMISSED as a party to this complaint; and

3. This case with respect to the remaining defendants is REFERRED back to the Magistrate Judge for additional proceedings.

Done this the 1st day of February, 2012.


/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE