IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL LAFOGG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:11cv1102-TMH |
| | ) | |
| OFFICER KEVIN CHANCE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND OPINION**

On February 29, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 14). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. Plaintiff's false imprisonment claim against the named defendants are DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii);

2. This case with respect to the plaintiff's remaining claim against defendants – i.e., the excessive force claim – is referred back to the Magistrate Judge for additional proceedings.

Done this the 21st day of March, 2012.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE