IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRISTOPHER MICHAEL LAFOGG,    )
                                                   )
                      Plaintiff,               )
                                                   )
          v.                                    )          CIVIL ACTION NO. 2:11cv1102-TMH
                                                   )
KEVIN CHANCE, et al.,                  )
                                                   )
                      Defendants.           )

**ORDER AND OPINION**

On March 22, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 20).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1.     Plaintiff's motion to dismiss (Doc. # 18) is GRANTED.

2.     This case is DISMISSED without prejudice.

3.     No costs are taxed herein.

Done this the 11th day of April,  2012.


/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE